UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 20, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SARUON LACH,<br><br>  Defendant. | Case No. 2:22-mj-0132-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SAROUN LACH</u>

Case No. <u>2:22-mj-0132-CKD</u> Charges <u>18 §§ 922(a)(6) and 924(a)(2)</u> from custody for the following reasons:

  __X__ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): _

Issued at Sacramento, California on September 20, 2022 at 2:09 PM


By: /s/ Carolyn K. Delaney

   Magistrate Judge Carolyn K. Delaney